IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**COBY TOWNSEND HURST**                                                                                          **PLAINTIFF**

**V.**                                          **CASE NO. 5-20-CV-5158**

**SERGEANT LEVI FRANKS,**
Benton County Detention Center;
**NURSE NADIA MALAPHA,** Turn Key
Health Clinics LLC; **SERGEANT GREG
HOBELMANN,** Benton County Detention
Center; **OFFICER RICHARD PAHMIYER,** Rogers
Police Department; **OFFICER SIKES,** Benton
County Detention Center; and **JOHN DOE**                                    **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 58) filed in this case on August 5, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant Officer Richard Pahmiyer's Motion to Dismiss (Doc. 48) is **GRANTED IN PART AND DENIED IN PART**. The official-capacity claim against Officer Paymiyer is **DISMISSED**, but all other claims against him shall proceed.

**IT IS SO ORDERED** on this 24th day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE