IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

COBY TOWNSEND HURST                                                                     PLAINTIFF

v.                            Civil No. 5:20-cv-05158

SERGEANT LEVI FRANKS, Benton
County Detention Center; OFFICER
RICHARD PAHMIER, Rogers Police
Department; and DEPUTY JAMES SIKES,
Benton County Detention Center                                                          DEFENDANTS

# ORDER

Plaintiff has filed a document entitled "Motion to Suppress." (ECF No. 110). However, the document is actually a motion for the issuance of a subpoena for medical records pursuant to Rule 45 of the Federal Rules of Civil Procedure.

The motion (ECF No. 110) is granted. Accordingly, **the Clerk is directed to issue a subpoena to the Medical Records Custodian of Mercy Hospital Northwest Arkansas, 2710 S. Rife Medical Ln., Rogers, AR 72758**. The subpoena should require the production of the following:

> all records, whether print or electronic, regarding the care, treatment, and diagnosis of Coby Townsend Hurst (date of birth XX/XX/1972) on April 21, 2019.

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by **September 15, 2022**. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 35 E. Mountain Room 510, Fayetteville, AR 72701. The records may be sent electronically in PDF format to

1

fay_info@arwd.uscourts.gov.

      IT IS SO ORDERED this 22nd day of August 2022.

                                              /s/ *Christy Comstock*
                                              HON. CHRISTY COMSTOCK
                                              UNITED STATES MAGISTRATE JUDGE